UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L.W., by and through his natural
guardian and next friend, Lawrence G.
Wasden

       Plaintiff,

v.                                    Case No:   2:13-cv-891-FtM-38CM

HOLIDAY CVS, L.L.C. and CVS
PHARMACY, INC.,

       Defendants.
_____/

**ORDER[1]**

This matter comes before the Court on Defendants' Unopposed Motion to File Amended Answers Out of Time (Doc. 39) filed on June 9, 2014.

Under Rule 15(a), a party may amend their pleading as a matter of course before being served with a responsive pleading or up to twenty-one (21) days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar. Fed. R. Civ. P. 15(a)(1). Otherwise, the party must seek leave of court or written consent of the adverse party in order to amend the pleading. Fed. R. Civ. P. 15(a)(2). Pursuant to Rule 16, a schedule in a case may be modified only for good cause and with a court's consent. Sosa v. Airprint Systems, Inc., 133 F.3d 1417, 1419 (11th Cir. 1998)

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(since the motion to amend was filed after the scheduling deadline the moving party must first demonstrate good cause under Rule 16(b) before the court will consider whether an amendment is proper under Rule 15(a)); Senger Brothers Nursery, Inc. v E.I. Dupont De Nemours & Co., 184 F.R.D. 674, 678 (M.D. Fla. 1999) ("motions for leave to amend filed after the district court's deadline as set forth in the scheduling order should be denied.") (citation omitted).

The deadline to file amended pleadings was May 19, 2014, and thus the deadline has now expired. (See Doc. 33). Now, Defendants seek to file Amended Answers in order to plead additional facts for certain affirmative defenses and withdraw certain affirmative defenses. Defendants assert the amendments will help streamline the issues before the Court. Plaintiff does not oppose the motion. Upon consideration, the Court finds there is good cause to grant the motion.

Accordingly, it is now

**ORDERED:**

1. Defendants' Unopposed Motion to File Amended Answers Out of Time (Doc. 39) is **GRANTED.** The Clerk is directed to file Defendants' Amended Answers on the docket as a separate docket entry. (Doc. 39-1; Doc. 39-2).
2. Plaintiff's Motion to Strike (Doc. 36) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of June, 2014.

Copies:  All Parties of Record