UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L.W., by and through his natural guardian
and next friend, Lawrence G. Wasden

      Plaintiff,

v.                                                    Case No:   2:13-cv-891-FtM-38CM

HOLIDAY CVS, L.L.C. and CVS
PHARMACY, INC.,

      Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Stipulation of Dismissal without Prejudice as to Defendant Holiday CVS, LLC (Doc. 44) filed on July 14, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, the Parties stipulate that Defendant Holiday CVS, LLC is dismissed from this matter without prejudice. All Parties who have appeared in this matter have signed the stipulation. Accordingly, pursuant to Rule 41(a)(1)(A)(ii), Defendant Holiday CVS, LLC is dismissed without prejudice from this matter.

Accordingly, it is now

**ORDERED:**

Plaintiff L.W.'s claims (Doc. 31) against Defendant Holiday CVS, LLC are **DISMISSED without prejudice**. The Clerk is directed to terminate Defendant Holiday CVS, LLC from this matter. All other Parties remain.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of July, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record