UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L.W., by and through his natural guardian
and next friend, Lawrence G. Wasden

       Plaintiff,

v.                                     Case No:  2:13-cv-891-FtM-38CM

CVS PHARMACY, INC.,

       Defendant.
_____/

**ORDER[1]**

This matter comes before the Court on Defendant CVS Pharmacy, Inc.'s Agreed Motion for Stay (Doc. #47) filed on August 26, 2014. The parties request staying this matter for 90 days. The parties indicate they are in the process of discussing a settlement agreement and wish to avoid approaching discovery deadlines and correlated litigation costs. Upon consideration, the Court is unwilling to stay this matter 90 days for the mere possibility of a settlement. When discovery is delayed and settlement is not reached, a stay only prolongs the case. At times, delaying a case creates case management problems, a risk the Court is unwilling to take. There is no good cause to stay this matter for 90 days at this time.

As an aside, if the Parties, however, reach a settlement but need additional time to finalize the settlement agreement, then the Court will administratively close the case

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

pursuant to Local Rule 3.05(b) and thus allow the Parties additional time to formalize a settlement agreement.

Accordingly, it is now

**ORDERED:**

Defendant CVS Pharmacy, Inc.'s Agreed Motion for Stay (Doc. #47) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record