UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L.W., by and through his natural
guardian and next friend, Lawrence G.
Wasden

      Plaintiff,

v.	Case No: 2:13-cv-891-FtM-38CM

CVS PHARMACY, INC.,

      Defendant.
_____/

**ORDER[1]**

This matter comes before the Court *sua sponte* upon review of the docket. Pursuant to the Case Management and Scheduling Order, the parties were scheduled to mediate no later than October 1, 2014, before Mediator Christopher M. Shulman. (See Doc. #33, at 1). Further, pursuant to a local rule, within seven days following the conclusion of a mediation conference, the mediator shall file a mediation report on the case docket. See M.D. Fla. Local Rule 9.06(a). To date, such mediation report has not been filed in this case and at least seven days has passed after the mediation deadline.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

No later than **October 16, 2014**, the parties are directed to have Mediator Christopher M. Shulman file a mediation report in this case or the parties are directed to jointly file a notice regarding the outcome of their mediation efforts.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record