Case 2:13-cv-00891-SPC-CM   Document 53   Filed 10/22/14   Page 1 of 2 PageID 301

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L.W., by and through his natural guardian
and next friend, Lawrence G. Wasden

    Plaintiff,

v.                                                                  Case No: 2:13-cv-891-FtM-38CM

CVS PHARMACY, INC.,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Joint Stipulation for Dismissal with Prejudice (Doc. #52) filed on October 21, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)  A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance the parties indicate this matter is dismissed without prejudice. All parties have signed the agreement, therefore this matter is due to be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii). The parties also indicate that they wish for the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Court to retain continuing jurisdiction over this matter in the event the plaintiff rejects the procedures and policies proposed by defendant. (See Doc. #52, at 2). The Court, however, respectfully declines retaining continuing jurisdiction over this matter.

Accordingly, it is now

**ORDERED:**

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (Doc. #52) and Rule 41(a)(1)(A)(ii), the Third Amended Complaint (Doc. #31) is **DISMISSED without prejudice**. The Clerk is directed to close the case, terminate any pending motions, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record